IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60735
Summary Calendar
_____


VIBERT BRENTNOL ROSS,

                                        Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

                                        Respondent.

- - - - - - - - - -
Petition for Review of an Order of the
Board of Immigration Appeals
A34-717-083
- - - - - - - - - -
September 3, 1996
Before GARWOOD, JOLLY and DENNIS, Circuit Judges.

PER CURIAM:[*]

Vibert B. Ross, a Guyanan citizen, asserts that the Board of
Immigration Appeals ("BIA") erred in summarily dismissing his
application for waiver of deportation, filed pursuant to 8 U.S.C.
§ 1182(c).  The BIA did not abuse its discretion in dismissing
his appeal for failure to file an appellate brief.  See 8 C.F.R.
§ 3.1(d)(1-a)(i)(E); Medrano-Villatoro v. INS, 866 F.2d 132, 134
(5th Cir. 1989).  Ross has failed to demonstrate that his counsel

_____

   [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

was ineffective for failing to file such brief, because he has not shown prejudice.  See Miranda-Lores v. INS, 17 F.3d 84, 85 (5th Cir. 1994).

The petition for review is DENIED.

Ross' "Motion to Amend and Addendum" is DENIED.